IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JONTHAN SCOTT WADE, | : | |
| Plaintiff, | : | |
| v. | : | 1:05-CV-93 (WLS) |
| JAMES L. LANIER, Wadren, et. al., | : | |
| Defendants. | : | |

## O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 17), filed February 21, 2007. It is recommended that Defendants' motion for summary judgment be granted. After being provided notice of the filing of said motion and being told of the importance of responding to said motion, Plaintiff failed to respond in anyway to the motion for summary judgment. Likewise, Plaintiff has not filed a timely, or any, objection to the recommendation.

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. No. 17) should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendants' motion for summary judgment (Doc. No. 12) is **GRANTED.**

SO ORDERED, this __16th__ day of March, 2007.

    /s/W. Louis Sands
**W. LOUIS SANDS CHIEF JUDGE**
**United States District Court**